BENTLEY *v.* ALASKA.

No. 648, Misc.   Decided June 10, 1963.

Petitioner *pro se.*

*George N. Hayes,* Attorney General of Alaska, and *John K. Brubaker,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Supreme Court of Alaska for reconsideration in light of *Brady* v. *Maryland,* 373 U. S. 83, and *Mooney* v. *Holohan,* 294 U. S. 103.